UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
SCOTT W. HOLTON
CAROLYN G. HOLTON  CASE NO. 09-75037

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Carrington Mortgage Services Inc.    **Court claim #: 9**

**Last four digits** of any number used to identify the debtor's account: 4640

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $5399.40 |
| Amount Paid by Trustee | $5399.40 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan            ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  10/8/2014                        /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of October, 2014.

Dated:  10/8/2014                        /s/Cynthia K. Burnard

CARRINGTON MORTGAGE SERVICES INC
1610 EAST SAINT ANDREWS PLACE
SUITE B150
SANTA ANA, CA 92705

BANK OF AMERICA
BAC HOME LOAN SERVICING
PO BOX 5170
SIMI VALLEY, CA  93062

NISHA PARIKH
FREEDMAN, ANSELMO, LINDBERG LLC
1771 W. DIEHL ROAD. STE. 150
NAPERVILLE, IL 60563

LOVEJOIE E. MCINNIS
KOZENY & MCCUBBIN ILLINOIS, LLC
105 WEST ADAMS STE. 1850
CHICAGO, IL 60603

FREEDMAN ANSELMO LINDBERG LLC
1807 WEST DIEHL ROAD, SUITE #333
NAPERVILLE, IL 60563

MICHAEL DIMAND
WIRBICKI LAW GROUP
33 W MONROE ST., SUTIE 1140
CHICAGO, IL 60603

SCOTT W. HOLTON
CAROLYN G. HOLTON
15975 CARRIES LANE
SOUTH BELOIT, IL  61080

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101